UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20188-CIV-GRAHAM/GOODMAN

BANCO POPULAR NORTH AMERICA,

    Plaintiff,

v.

M/V TRIPLE PLAY
(ex BAD TO THE BONE), et al.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

This Cause is before the Undersigned on plaintiff Banco Popular North America's ("Banco Popular") motion to compel defendant/judgment debtor John Ruiz ("Ruiz") to respond to its discovery request and for Rule 37 sanctions against Ruiz. [ECF No. 178]. The Undersigned has reviewed the motion, Ruiz's response, and held a hearing on the motion. [ECF No. 210]. For the reasons set out below, Banco Popular's motion is **granted**.

On July 26, 2013, the District Court entered a final deficiency judgment against Ruiz and his co-defendants (collectively the "Defendants"). [ECF No. 131]. Banco Popular then propounded collection-related discovery requests to Ruiz. [*See* ECF Nos.

178-1; 178-2]. But on September 12, 2013, before the responses to the requests were due, the District Court granted the Defendants' motion stay pending their appeal [ECF No. 136] and stayed this case. [ECF No. 138].

On September 17, 2013, the Defendants' appeal was dismissed for want of prosecution. [ECF No. 140]. As such, on October 17, 2013, the District Court vacated its earlier stay order. [ECF No. 146]. The Defendants then filed an emergency motion to stay on November 7, 2013. [ECF No. 165]. On November 12, 2013, the District Court struck the emergency motion to stay. [ECF No. 179]. That same day, the Defendants filed a renewed emergency motion to stay. [ECF No. 181]. The next day (November 13, 2013), the appellate court reinstated the Defendants' appeal. [ECF No. 183]. And on November 14, 2013, the Defendants filed another motion to stay based on their appeal being reinstated. [ECF No. 189].

On November 19, 2013, the District Court denied both of Defendants' pending motions to stay on November 19, 2013. [ECF No. 195]. The Defendants then filed a third emergency motion to stay that same day. [ECF No. 197]. At the time of the hearing before the Undersigned, the District Court had not yet ruled on this latest stay motion. In between filing the numerous motions to stay pending the appeal, Ruiz did not respond to Banco Popular's discovery requests.

At the hearing and in his response in opposition to the motion to compel [ECF No. 204], Ruiz's main argument was that there was a strong likelihood that the District Court would stay this case pending the appeal because it had done so earlier. Therefore, according to Ruiz, the Undersigned should not rule on the motion to compel until the District Court had ruled on the Defendants' latest motion to stay. On December 4, 2013, the District Court denied the Defendants' latest motion to stay. [ECF No. 211].

The filing of an appeal does not ordinarily stay the collection efforts on a judgment, including collection-related discovery. Fed. R. Civ. P. 62; *see generally Brill v. Gen. Indus. Enters., Inc.*, 234 F.2d 465, 469 (3d Cir. 1956). Here, the District Court has denied the Defendants repeated attempts to stay collection efforts on the judgment in this case pending the Defendants' appeal. Consequently, at this time, there is no legal basis to stay Banco Popular's discovery requests against Ruiz. Of course, Ruiz could put the judgment collection efforts on hold by filing a supersedeas bond. *See* Fed. R. Civ. P. 62(d). But he has not done so.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Banco Popular's Motion to Compel is granted. Ruiz shall provide the requested, overdue discovery by Thursday, December 12, 2013. Concerning the document requests, Ruiz must provide both a written response **and the responsive documents** which are not subject to a legitimate objection.

3

2. The Undersigned declines to enter an expense shifting award under Rule 37 because the circumstances here make an award of expenses against Ruiz unjust.

**DONE and ORDERED** in Chambers, in Miami, Florida, December 5, 2013.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to</u>:
The Honorable Donald L. Graham
All Counsel of Record